```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------ x

PRIVATE SANITATION UNION LOCAL
813, INTERNATIONAL BROTHERHOOD OF
TEAMSTERS,                                        ORDER

                    Plaintiff,
                                                  Civil Action No.
          - against -                             CV 02-5526 (DGT) (MDG)

GAETA-SERRA ASSOCIATES, INC.,

                    Defendant.
------------------------------------------------ x
```

TRAGER, J.

On August 12, 2005, Magistrate Judge Go issued a Report and Recommendation in the above-captioned matter. No objection to this Report and Recommendation has been filed. Accordingly, the Report and Recommendation is adopted.

The Clerk of the Court is directed to enter judgment and close the case.

Dated: Brooklyn, New York
       September 30, 2005

                                        SO ORDERED:


                                        _____/s/_____
                                        David G. Trager
                                        United States District Judge